UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> REID JOHNSTON, <br><br> Defendant. | NO. CR11-5539RJB <br><br> ORDER GRANTING PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS |

The Court, having reviewed the Government's Motion to Exceed Page Limit (Dkt. 19), enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED. Plaintiff may file its Motion *in Limine* on Admissibility of Other Acts not to exceeds seventeen pages plus exhibits. The defense may file responsive briefing not to exceed seventeen pages plus exhibits. *See* Western District of Washington Local General Rule 12(c)(6).

The court is aware that the plaintiff's Motion to Exceed Page Limits was properly noted for March 23, 2012, but ruled on this administrative matter without a response in light of the noting date of the underlying motion (March 23, 2012) and the trial date (April 23, 2012).

DATED this 15th day of March, 2012.

Robert J Bryan
United States District Judge

PRESENTED BY:

*s/ Matthew D. Diggs*
MATTHEW E. DIGGS
Assistant United States Attorney